UNITED STATES DISTRICT COURT

Northern District of California

AGHA BAKHT,

        Plaintiff,

  v.

CHASE HOME FINANCE LLC,

        Defendant.
_____/

No. C 11-0099 MEJ

**ORDER VACATING CMC**

**ORDER RE STATUS**

This matter is currently scheduled for a case management conference on April 21, 2011. However, as there is no indication that defendant has been served, the Court VACATES the April 21 c.m.c. Plaintiff shall file a status report by May 5, 2011.

**IT IS SO ORDERED.**

Dated: April 14, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge