# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| AGHA BAKHT, | No. C 11-00099 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CHASE HOME FINANCE LLC, | |
| Defendant. | |

On January 10, 2011, Plaintiff Agha Bakht filed the above-captioned complaint, at which time the Clerk of Court scheduled the matter for a case management conference on April 21, 2011. However, as there was no indication that defendant had been served, the Court vacated the c.m.c. on April 14, 2011, and ordered Plaintiff to file a status report by May 5, 2011.  (Dkt. #3.)  Plaintiff has failed to respond.  Based on Plaintiff's inaction, the Court hereby ORDERS Plaintiff Agha Bakht to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by May 26, 2011, and the Court shall conduct a hearing on June 9, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 10, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

<strong>UNITED STATES DISTRICT COURT</strong><br>For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AGNA BAKHT,

        Plaintiff,

  v.

CHASE HOME FINANCE LLC,

        Defendant.
_____/

Case Number: 11-00099 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 10, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Agha Bakht
27418 Susan Place, Unit 2
Hayward, CA 94544

Dated: May 10, 2011

                Richard W. Wieking, Clerk
                By: Brenda Tolbert, Deputy Clerk

2