UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AGHA BAKHT, | No. C 11-0099 MEJ |
| Plaintiff, | **ORDER DISCHARGING OSC** |
| v. | **ORDER RE: SERVICE OF PROCESS** |
| CHASE HOME FINANCE LLC, | |
| Defendant. | |

On January 10, 2011, Plaintiff Agha Bakht filed the above-captioned complaint, at which time the Clerk of Court scheduled the matter for a case management conference on April 21, 2011. However, as there was no indication that defendant had been served, the Court vacated the c.m.c. on April 14, 2011, and ordered Plaintiff to file a status report by May 5, 2011. (Dkt. #3.) Plaintiff failed to respond, and the Court ordered her to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. (Dkt. #4.)

The Court is now in receipt of Plaintiff's declaration in response. (Dkt. #5.) In her declaration, Plaintiff states as follows: "Due to my personal exgencies and to much busy schedule Pl. extend the date by June 30, 2011." Although Plaintiff's response fails to provide any specific reason for her failure to prosecute, the Court shall permit her another opportunity to proceed with this case. Accordingly, the Court DISCHARGES the order to show cause. Plaintiff shall serve Defendant and file proof of service with the Court by June 30, 2011. Failure to comply with this Order may result in the imposition of sanctions, including dismissal of Plaintiff's case.

**IT IS SO ORDERED.**

Dated: June 2, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AGHA BAKHT,

        Plaintiff,

  v.

CHASE HOME FINANCE LLC,

        Defendant.

Case Number: 11-00099 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Agha Bakht
27418 Susan Place, Unit 2
Hayward, CA 94544

Dated: June 2, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk