UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AGHA BAKHT, | No. C 11-0099 MEJ |
| Plaintiff, | **SECOND ORDER TO SHOW CAUSE** |
| v. | |
| CHASE HOME FINANCE LLC, | |
| Defendant. | |

On January 10, 2011, Plaintiff Agha Bakht filed the above-captioned complaint, at which time the Clerk of Court scheduled the matter for a case management conference on April 21, 2011. However, as there was no indication that defendant had been served, the Court vacated the c.m.c. on April 14, 2011, and ordered Plaintiff to file a status report by May 5, 2011. (Dkt. #3.) Plaintiff failed to respond, and the Court ordered her to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. (Dkt. #4.)

On May 31, 2011, Plaintiff filed a declaration in response. (Dkt. #5.) In her declaration, Plaintiff stated as follows: "Due to my personal exgencies and to much busy schedule Pl. extend the date by June 30, 2011." Although Plaintiff's response failed to provide any specific reason for her failure to prosecute, the Court permitted her another opportunity to proceed with this case, discharged the order to show cause, and ordered Plaintiff to serve Defendant and file proof of service with the Court by June 30, 2011. Dkt. No. 6. The Court warned Plaintiff that failure to comply may result in the imposition of sanctions, including dismissal of Plaintiff's case.

As there is still no indication that Plaintiff has served Defendant, the Court ORDERS

1  Plaintiff Agha Bakht to show cause why this case should not be dismissed for failure to prosecute.
2  Plaintiff shall file a declaration by August 18, 2011, and the Court shall conduct a hearing on
3  September 1, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San
4  Francisco, California.  Plaintiff should be mindful that she must provide <u>specific and legitimate</u>
5  reasons for her failure to prosecute and establish <u>good cause</u> to permit her case to move forward.
6  **IT IS SO ORDERED.**

8  Dated: August 1, 2011

_____
   Maria-Elena James
   Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AGHA BAKHT,

        Plaintiff,

  v.

CHASE HOME FINANCE LLC,

        Defendant.

Case Number: 11-00099 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Agha Bakht
27418 Susan Place, Unit 2
Hayward, CA 94544

Dated: August 1, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk