IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNA BAKHT,<br><br>    Plaintiff,<br><br>  v.<br><br>CHASE HOME FINANCE LLC,<br><br>    Defendant.<br>_____ / | No. C 11-00099 JSW<br><br><br><br><br>**FINAL ORDER TO SHOW CAUSE** |

    This matter has been transferred to the undersigned for failure to file consent to proceed before Magistrate Judge Maria-Elena James. According to the record in this case, Plaintiff has been admonished that failure to prosecute this action may result in dismissal. Having received no further response from Plaintiff, the Court hereby issues this final order to show cause.

    Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than September 30, 2011, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order shall result in dismissal of this matter without prejudice.

    **IT IS SO ORDERED.**

Dated: September 12, 2011

                                                                                                                      JEFFREY S. WHITE<br>
                                                                                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AGNA BAKHT,

    Plaintiff,

  v.

CHASE HOME FINANCE LLC et al,

    Defendant.
_____/

Case Number: CV11-00099 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Agha Bakht
27418 Susan Place, Unit 2
Hayward, CA 94544

Dated: September 12, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk