United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AGNA BAKHT,

    Plaintiff,   No. C 11-00099 JSW

  v.

CHASE HOME FINANCE LLC,   **ORDER OF DISMISSAL**

    Defendant.
                                     /

This matter was transferred to the undersigned for failure to file consent to proceed before Magistrate Judge Maria-Elena James. According to the record in this case, Plaintiff has been admonished that failure to prosecute this action may result in dismissal. Having received no further response from Plaintiff, on September 12, 2011, the Court issued a final order to show cause to Plaintiff to respond writing no later than September 30, 2011, as to why this case should not be dismissed for failure to prosecute. Plaintiff was admonished that failure to respond to the Order to Show Cause would result in dismissal of this matter without prejudice. Accordingly, this matter is HEREBY DISMISSED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 1, 2011

                                             JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AGNA BAKHT,

    Plaintiff,

  v.

CHASE HOME FINANCE LLC et al,

    Defendant.

Case Number: CV11-00099 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Agha Bakht
27418 Susan Place, Unit 2
Hayward, CA 94544

Dated: November 2, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2